UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| DANIEL E. MUTTY, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )  Civil No. 05-35-B-W |
| | ) |
| DEPARTMENT OF CORRECTIONS, | ) |
| et al., | ) |
| | ) |
| Defendants. | |

**ORDER AFFIRMING THE
RECOMMENDED DECISION OF THE MAGISTRATE JUDGE**

No objection having been filed to the Magistrate Judge's Recommended Decision filed July 11, 2005, the Recommended Decision is accepted.

Accordingly, it is hereby ORDERED that the Plaintiff's Motion for Preliminary Injunction and Restraining Order (Docket No. 9) be and hereby is DENIED.  It is further ORDERED that the Defendants' Motion for Summary Judgment (Docket No. 20) be and hereby is GRANTED.

/s/ John A. Woodcock, Jr.
JOHN A. WOODCOCK, JR.
UNITED STATES DISTRICT JUDGE

Dated this 1st day of August, 2005